IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| JAMES L. ROBINSON, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 1:18-CV-439-WKW [WO] |
| GEICO INSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

## **ORDER**

On December 17, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 7.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 7) is ADOPTED, and that this case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 28th day of January, 2020.

                                      /s/ W. Keith Watkins
                            UNITED STATES DISTRICT JUDGE